IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHASTITY ROXANE BROWN | § § § | |
| | § | CIVIL ACTION 3:18-CV-00297 |
| VS. | § § § § | |
| COSTCO WHOLESALE CORPORATION | § § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE JEFFREY V. BROWN:

COME NOW, CHASTITY ROXANE BROWN, Plaintiff in the above entitled and numbered cause, and COSTCO WHOLESALE CORPORATION, Defendant herein, file this Notice of Settlement.

In accordance with Court Procedure 8, the parties hereby submit this Notice of Settlement to notify the Court that the parties have reached an agreement to settle this lawsuit. The parties therefore request that the Court stay the case and enter a conditional order of dismissal without prejudice to the right of any party to move to reinstate the case within 60 days if the finalized settlement is not completely documented by the end of the 60-day period.

Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by parties incurring the same.

Respectfully submitted,

KOLODNY LAW FIRM, PLLC

_____
Alan Kolodny
S.D. Tex.: 1267978
State Bar of Texas: 24056882
Attorney-in-Charge
Rashon Murrill
S.D. Tex.: 3323268
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, Texas 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com

**ATTORNEYS FOR PLAINTIFF CHASTITY ROXANE BROWN**

HEARD & MEDACK, P.C.

*/s/ David W. Medack* (with permission)
David W. Medack
State Bar of Texas: 13892950
Attorney-in-Charge
Amanda M. Berron
S.D. Tex.: 1114482
State Bar of Texas: 24070720
Of Counsel
14100 Southwest Fwy Suite 300
Sugar Land, Texas 77478
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email:dmedack@heardmedackpc.com
Email: aberron@heardmedackpc.com

**ATTORNEYS FOR DEFENDANT COSTCO WHOLESALE CORPORATION**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on August 7, 2020.

                                                                     Rashon Murrill