UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHASTITY ROXANE BROWN, § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION No. 3:18-cv-00297 |
| § | |
| COSTCO WHOLESALE CORP., § | |
| § | |
| *Defendant.* § | |

## **CONDITIONAL DISMISSAL ORDER**

The court has been advised that a settlement has been reached between the parties. Dkt. 45. Accordingly, it is hereby **ORDERED** that all claims asserted by the parties in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless either party represents in writing filed with the court on or before Tuesday, October 6, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Tuesday, October 6, 2020.

All pending motions are hereby **DENIED** as **MOOT**.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this, the 10th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE