**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **CHASTITY ROXANE BROWN** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION 3:18-CV-00297** |
| | § | |
| | § | |
| **COSTCO WHOLESALE CORPORATION** | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Roxanne Brown ("Plaintiff"), by and through her counsel of record, by agreement of the parties, and Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to dismissal with prejudice of all claims asserted in this lawsuit against Defendant Costco Wholesale Corporation. ("Defendant").

1. Plaintiff no longer wishes to pursue any claim against Defendant. Plaintiff moves, with agreement of Defendant, to dismiss, with prejudice, all claims asserted in this lawsuit against Defendant.

2. All parties agree to this dismissal.

3. This case is not a class action and a receiver has not been required nor appointed.

4. Plaintiff has not dismissed an action based on, or including, the same claims against Defendant as those presented in this suit.

## PRAYER

FOR THE FOREGOING REASONS, Plaintiff, with Defendant's agreement, prays that this Court dismiss with prejudice all claims asserted in this lawsuit against Defendant Costco Wholesale Corporation, with Court costs and attorneys' fees being taxed against the party incurring same.

2

Respectfully submitted,

KOLODNY LAW FIRM, PLLC

_____
Alan Kolodny
S.D. Tex.: 1267978
State Bar of Texas: 24056882
Attorney-in-Charge
Rashon Murrill
S.D. Tex.: 3323268
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, Texas 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com

**ATTORNEYS FOR PLAINTIFF
CHASTITY ROXANE BROWN**

**AGREED:**

HEARD & MEDACK, P.C.

*/s/ David W. Medack* (with permission)
David W. Medack
State Bar of Texas: 13892950
Attorney-in-Charge
Amanda M. Berron
S.D. Tex.: 1114482
State Bar of Texas: 24070720
Of Counsel
14100 Southwest Fwy Suite 300
Sugar Land, Texas 77478
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email:dmedack@heardmedackpc.com
Email: aberron@heardmedackpc.com

**ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION**

2

**CERTIFICATE OF CONFERENCE**

The Parties have conferred, and all parties stipulate to dismissal with prejudice of all claims against Defendant Costco Wholesale Corporation.

_____
Rashon Murrill

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on October 1, 2020.

_____
Rashon Murrill