United States District Court
Southern District of Texas
**ENTERED**
October 02, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CHASTITY ROXANE BROWN, § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-00297 |
| § | |
| COSTCO WHOLESALE § | |
| CORPORATION, § | |
| § | |
| *Defendant.* § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

Pending before the court is plaintiff Chastity Brown's stipulation of dismissal with prejudice all claims asserted against defendant Costco Wholesale Corporation under Rule 41 of the Federal Rules of Civil Procedure. Dkt. 47. That motion is granted. Accordingly, all claims Brown has asserted against Costco in this case are dismissed with prejudice to refiling.

All pending motions are hereby denied as moot.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this, the 2nd day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE